# Court of Appeals
# of the State of Georgia

ATLANTA,  August 22, 2012

*The Court of Appeals hereby passes the following order:*

## A12A1778.  BARADJI  v.  FEDERAL  NATIONAL  MORTGAGE ASSOCIATION.

The above-styled appeal was docketed in this Court on May 8, 2012.  Pursuant to Rule 23 (a) of the Court of Appeals, appellant's brief and enumeration of errors were to be filed in this Court by May 28, 2012.  They were not filed.  On August 2, 2012, this Court ordered appellant to file a brief and enumeration of errors within ten (10) days or face possible dismissal of the appeal.  As of the date of this order, appellant has not filed a brief, an enumeration of errors, or a motion for extension showing good cause.

Consequently, the instant appeal is hereby DISMISSED.  Court of Appeals Rules 7 and 23.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 08/22/2012
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



                    , *Clerk.*